UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

GUY JONES,

        Plaintiff,

  v.

MOUNTAIN MIKE'S PIZZA, et al,

        Defendants.

                                /

NO. CIV. S-06-2522 LKK KJM

O R D E R

    A status conference was set in the above-captioned case for February 26, 2007. Counsel for plaintiff appeared but counsel for defendants Mountain Mike's Pizza, Sukhwinder Kahlon, and Ranjit Kahlon did not.

    Accordingly, the court orders as follows:

    1.   Counsel for defendants is hereby ORDERED TO SHOW CAUSE in writing by March 16, 2007 why sanctions should not issue in the above-captioned case in the amount of One Hundred Fifty Dollars ($150), as permitted by Local Rule 11-110, in addition to the attorney's fees incurred by

1  counsel for plaintiff, for the failure to appear at the
2  status conference.
3  2. A further status conference is hereby SET for April 2,
4  2007 at 10:00 a.m.
5  3. Counsel for plaintiff is ordered to file by March 16,
6  2007 an affidavit stating the attorney's fees incurred
7  by the failure of defendant's counsel to appear at the
8  status conference.
9  IT IS SO ORDERED.
10 DATED: February 27, 2007.

*(signature)*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2