UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

GUY JONES,

        Plaintiff,

   v.

MOUNTAIN MIKE'S PIZZA, et al,

        Defendants.

_____/

NO. CIV. S-06-2522 LKK KJM

O R D E R

On February 28, 2007, the court ordered counsel for defendants to show cause why sanctions should not issue for the failure to appear at the status conference. The court is in receipt of the declaration of Stephen Mackey, which indicates that Mr. Mackey was instructed by counsel of record for defendants, Christopher Lee, to appear in Mr. Lee's place at the status conference. Mr. Lee was out of the country at the time of the status conference and had requested that Mr. Mackey make a special appearance on his behalf.

Mr. Mackey claims that he was told by Mr. Lee that the status conference was on February 27, 2007 (the correct date) at 3:00 p.m

1 (the incorrect time).  Originally, the status conference was
2 scheduled for February 20, 2007 at 3 p.m., but was later continued
3 by the court to February 27, 2007 at 11:30 a.m.  It appears that
4 Mr. Lee relayed the incorrect time to his business associate, and
5 as a result of this error, caused plaintiff to incur needless legal
6 fees.

7 Counsel for plaintiffs has filed a declaration stating that
8 the fees related to the February 27, 2007 status conference totaled
9 $1,738 (3.6 hours of total travel time, .4 hours at court, and .4
10 hours in preparing the declaration, at a rate of $395).  Defendant
11 has disclosed that in work performed in another case in the Eastern
12 District of California before Judge Shubb, his rate was set at
13 $275/hour.  The court finds that counsel for plaintiffs is entitled
14 to reimbursement for his travel time and time at court, and at a
15 rate of $275/hour (for a total of $1210).

16 Accordingly, the court ORDERS as follows:
17 1. Counsel for defendants is SANCTIONED in the amount of
18    one hundred and fifty ($150.00) dollars.  This sum shall
19    be paid to the Clerk of the Court no later than thirty
20    (30) days from the date of this order.
21 2. Counsel for defendants is ORDERED to pay counsel for
22    plaintiffs $1,210.00 dollars.
23 3. Counsel shall file an affidavit stating that these sums
24    have not been, and will not be, billed, directly or
25    indirectly, to the client or in any way made the
26    responsibility of the client as attorneys' fees or

2

1        costs.

2   IT IS SO ORDERED.

3   DATED: March 19, 2007.

                                  LAWRENCE K. KARLTON
                                  SENIOR JUDGE
                                  UNITED STATES DISTRICT COURT

3