Law Office of Danny D. Brace, Jr.
DANNY D. BRACE, JR., #114466
901 H Street, Suite 500
Sacramento, CA  98514
916-552-6660

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUY JONES,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>MOUNTAIN MIKE'S PIZZA; SUKHWINDER KAHLON, RANJIT KAHLON, SUSAN CHRISTOPHERSON AND WILLIAM OLLE, AS INDIVIDUALS AND dba MOUNTAIN MIKE'S PIZZA, et al.<br><br>　　　　　　　Defendant | Case No.: 2:06-CV-2522-LKK-KJM<br><br>STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANT SUSAN CHRISTOPHERSON |

　　　　Plaintiff, Guy Jones, filed a Complaint for Preliminary and Permanent Injunctive Relief and Damages; Denial of Civil Rights and Access to Public Facilities to Physically Disabled Persons pursuant to California Statutes Civil Code §§51, 52, 54, 54.1, 54.3 and 55 and Health and Safety Code §19955, et seq and Injunctive Relief per Title III, Americans with Disabilities Act of 1990, charging defendants with the denial of path of travel access to the entrance, interior and related facilities and denial of accessible restroom facilities to plaintiff and other disabled persons at the Mountain Mike's Pizza Restaurant at 5640 Auburn Boulevard, Sacramento, California.

　　　　The parties to the action have agreed to a voluntary dismissal of this action against Susan Christopherson, only, upon the following terms:

DISMISSAL - 1

PDF created with pdfFactory trial version www.pdffactory.com

The plaintiff's agreement to this Stipulation is expressly premised upon the representations of Susan Christopherson that she is not now or never has been involved in the subject Mountain Mike's Pizza Restaurant located at 5640 Auburn Boulevard, Sacramento, California. Her only association with co-defendants Sukhwinder Kahlon and Ranjit Kahlon is through a joint ownership of another Mountain Mike's Pizza Restaurant located at 7660 La Riviera Drive, Sacramento, California.

If upon motion of the plaintiff, the Court finds that the representations of Susan Christopherson as stated above contain any material misrepresentations of fact, plaintiff may request that the judgment of dismissal provided for herein shall be set aside as void and that the plaintiff may be permitted to proceed as if no such judgment had been entered.

The parties shall bear their own costs and attorney fees incurred in this action.

IT IS SO STIPULATED

Dated: 4-13-07                          /s/ Danny D. Brace, Jr.
                                        DANNY D. BRACE, JR.,
                                        Attorney for Susan Christopherson


Dated: 5-4-07                           /s/ Paul L. Rein
                                        PAUL L. REIN
                                        Attorney for Guy Jones


Dated: 4-15-07                          /s/ Christopher Lee
                                        CHRISTOPHER LEE
                                        Attorney for Sukhwinder and Ranjit Kahlon

## ORDER

On this Date came on for consideration the Stipulation of Dismissal of Defendant Susan Christopherson filed by the parties to this action, and the Court having been advised by counsel

PDF created with pdfFactory trial version www.pdffactory.com

1  that the parties have agreed that this action should be dismissed without prejudice and that all
2  parties should bear their own court costs, expenses and attorney fees, it is therefore,
3  ORDERED, ADJUGED AND DECREED that the above entitled cause is hereby dismissed
4  without prejudice against Defendant Susan Christopherson and each party shall bear its own
5  costs and attorney fees.
6  IT IS FURTHER ORDERED that if upon motion of the plaintiff, the Court finds that the
7  representations of Susan Christopherson as stated contain any material misrepresentations of
8  fact, plaintiff may request that the judgment of dismissal provided for herein shall be set aside as
9  void and that the plaintiff may be permitted to proceed as if no such judgment had been entered.
10 Signed this 11th day of May, 2007

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

DECLARATION OF SUSAN CHRISTOPHERSON

PDF created with pdfFactory trial version www.pdffactory.com

<u>Guy Jones v. Mountain Mike's Pizza; Sukhwinder Kahlon, Ranjit Kahlon, Susan Christopherson and William Olle, as Individuals and dba Mountain Mike's Pizza, et al.  Case No.:  2:06-CV-2522  LKK-KJM</u>

I, Susan Christopherson, defendant in this matter declare under penalty of perjury:

    That I am not now nor have I ever been involved in the Mountain Mike's Pizza Restaurant located at 5640 Auburn Boulevard, Sacramento, California.  My sole association with co-defendants Sukhwinder Kahlon and Ranjit Kahlon is through a joint ownership of another Mountain Mike's Pizza Restaurant located at 7660 La Riviera Drive, Sacramento, California.

Dated: _____                                     _____
                                                                                       SUSAN CHRISTOPHERSON

PDF created with pdfFactory trial version www.pdffactory.com