UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GUY JONES,

        Plaintiff,

   v.

MOUNTAIN MIKE'S PIZZA, et al,

        Defendants.
_____/

NO. Civ.S-06-2522 LKK/KJM

**ORDER RE DISPOSAL DOCUMENTS AFTER NOTIFICATION OF SETTLEMENT**

    The court has been notified that this case has settled and therefore orders that the dispositional documents disposing of the case be filed no later than September 10, 2007.

    All hearing dates heretofore set in this matter are hereby **VACATED**.

////

////

////

////

1

1  <u>FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE</u>
2  <u>IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL OR PARTIES WHO</u>
3  <u>CONTRIBUTED TO THE VIOLATION OF THIS ORDER.</u>
4      IT IS SO ORDERED.
5      DATED: June 4, 2007.

```
                              /s/ Lawrence K. Karlton
                              LAWRENCE K. KARLTON
                              SENIOR JUDGE
                              UNITED STATES DISTRICT COURT
```